UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT IODICE,

Plaintiff,

-v.-

ARCHCARE AT TERENCE CARDINAL COOKE
HEALTH CARE CENTER; 1199 SEIU UNITED
HEALTHCARE WORKERS EAST; and JANICE
ATKINS,

Defendants.

20 Civ. 4217 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On September 3, 2020, this Court issued an order to show cause due to Plaintiff's failure to serve Defendants with the Amended Complaint without the time require by Federal Rule of Civil Procedure 4(m).  The Court is now in receipt of several declarations and a memorandum in response to the order to show cause.  (Dkt. #17-19).  In short, Plaintiff has provided evidence that he attempted to effect service on Defendants 1199 SEIU United Healthcare Workers East and Ms. Janice Atkins on multiple occasions, and also mailed a waiver of service to those Defendants, but all without result.  (Dkt. #18).  Plaintiff now asks for an additional 30 days to effectuate service, and also asks for leave to effectuate service by alternative means.  (*Id.*).

Given Plaintiff's representations, the Court hereby gives Plaintiff until November 5, 2020, to effectuate service on Defendants 1199 SEIU United Healthcare Workers East and Ms. Janice Atkins.  However, the Court will not at this time grant Plaintiff leave to effectuate alternative service.  If Plaintiff is

unable to effect service by normal means by November 5, 2020, Plaintiff must file a separate motion seeking leave for alternative service and providing good cause for such a request.

SO ORDERED.

Dated:   October 5, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge