

1010 Franklin Avenue, Suite 200 | Garden City, NY 11530-2900 | **bsk.com**

**JESSICA C. MOLLER, ESQ.**
JMoller@bsk.com
P: 516.267.6332
F: 516.267.6301

September 22, 2021



**VIA ECF**

Hon. Katherine Polk Failla
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re: *Vincent Iodice v. ArchCare at Terence Cardinal Cooke Health Care Center; 1199 SEIU United Healthcare Workers East; and Janice Watkins, 20-cv-4217 (KPF)*

Dear Judge Failla:

We represent Defendant ArchCare at Terence Cardinal Cooke Health Care Center ("TCC") with regard to the above-referenced matter. Under the current briefing scheduled ordered by Your Honor, the defendants' are currently required to file their respective motions to dismiss the Third Amended Complaint by Friday, September 24, 2021. However, due to a heavy workload and a personal medical issue that has impacted my ability to finalize TCC's motion to dismiss, I write to request a one-week extension of that filing date such that the briefing schedule for defendants' motions would be amended as follows:

- Defendants' motions to be filed on or before October 1, 2021.
- Plaintiff's opposition to be filed on or before November 1, 2021.
- Defendants' replies to be filed on or before November 15, 2021.

I have consulted with Plaintiff's counsel and also counsel for the Union Defendants, and all counsel have consented to this request. This is the first such request that has been made by any party. Thank you for your consideration of this request.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Jessica C. Moller

cc: Marcel Florestal, Esq., Attorney for Plaintiff
Micah Wissinger, Esq., Attorney for the Union Defendants

13125250.1 9/22/2021

Attorneys At Law | A Professional Limited Liability Company

Application GRANTED.  The parties are directed to adhere to the briefing deadlines set forth in the above letter.

Dated:    September 23, 2021          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE