**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
VINCENT IODICE,

                    Plaintiff,

         -against-                           20 **CIVIL** 4217 (KPF)

                                                    **JUDGMENT**

ARCHCARE AT TERENCE CARDINAL
COOKE HEALTH CARE CENTER,
1199SEIU UNITED HEALTHCARE
WORKERS EAST, AND JANICE ATKINS,

                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated September 8, 2022, defendants' motions to dismiss

are GRANTED. Plaintiff's claims brought under federal law are dismissed with prejudice, and

Plaintiff's claims under state and city law are dismissed without prejudice to their refiling in state

court. Further, because Plaintiff has already amended his pleadings three times, and because he

has given no indication that he can amend them further to plead viable claims, the Court will not

grant leave to amend under Federal Rule of Civil Procedure 15; accordingly, the case is closed.

**Dated:**  New York, New York

        September 9, 2022

                                     **RUBY J. KRAJICK**

                                  _____
                                       **Clerk of Court**

                **BY:**

                                    _____
                                       **Deputy Clerk**